# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk

Jim Leanhart
Division Manager

January 31, 2019

United States District Court, District of Columbia
Clerk of Court
333 Constitution Avenue N.W.
Washington, D.C. 20001

**FILED**

**FEB 19 2019**

Clerk, U.S. District and
Bankruptcy Courts

RE: Transfer of Criminal Cases - 1:19-mj-17
Middle District of Florida - 3:19-mj-1043-JRK
United States v. JOHN GRAYLING MCLAIN, JR.

Dear Sir and/or Madame:

Dear Sir and/or Madame:

Pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure, the above referenced case is being transferred to your Court, as it is the original charging district. Enclosed you will find certified copies of the various pertinent documents/pleadings.

Please acknowledge receipt of this letter on the bottom of the copy of this letter and return the copy to this office. Thank you.

ELIZABETH M. WARREN, CLERK

/s/ Megan D. Chaddock

By:   Megan D. Chaddock, Deputy Clerk

Enclosures

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

By:_____

RECEIVED
Mail Room

FEB - 6 ??

Angela D. Caesar, Clerk
U.S. District Court, D.C.

CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:19-mj-01043-JRK-1
### Internal Use Only

COPY

Case title: USA v. McLain  
Other court case number: 1:19-mj-17 District of District of Columbia  
Date Filed: 01/29/2019  
Date Terminated: 01/31/2019

Assigned to: Magistrate Judge James R. Klindt

**Defendant (1)**

**John Grayling McLain, Jr.**  
*CUSTODY*  
*TERMINATED: 01/31/2019*

represented by **Mitchell A. Stone**  
Mitchell A. Stone, P.A.  
Suite 2  
1548 The Greens Way  
Jacksonville Beach, FL 32250  
904/396-3335  
Email: mitch@jacksonvilledefense.com  

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

RECEIVED Mail Room  
FEB -6 2019  
Angela D. Caesar, Clerk of Court  
U.S District Court District of Columbia

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING

**Disposition**

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL  
CLERK OF COURT  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
BY: _____ DEPUTY CLERK

CHILD PORNO

**Plaintiff**

USA            represented by   **David Rodney Brown**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6300
Email: rodney.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2019 | 1 | Arrest (Rule 5(c)(3)) of John Grayling McLain, Jr from the District of Columbia on charges of 18 U.S.C. Sections 2252(a)(2) and 18 U.S.C. Section 2251(d) (MDC) (Entered: 01/30/2019) |
| 01/29/2019 | 2 | MINUTE Entry for proceedings held before Magistrate Judge James R. Klindt: Initial Appearance in Rule 5(c)(3) Proceedings as to John Grayling McLain, Jr held on 1/29/2019. (DIGITAL) (MDC) (Entered: 01/30/2019) |
| 01/29/2019 | 3 | ORAL MOTION for detention by USA as to John Grayling McLain, Jr. (MDC) (Entered: 01/30/2019) |
| 01/29/2019 | 4 | ORAL MOTION to Continue Detention Hearing by USA as to John Grayling McLain, Jr. (MDC) (Entered: 01/30/2019) |
| 01/30/2019 | 5 | **ORDER OF TEMPORARY DETENTION (granting 4 oral motion to continue detention hearing) as to John Grayling McLain, Jr. Detention Hearing set for 1/30/2019 at 03:00 PM in Jacksonville Courtroom 5 D before Magistrate Judge James R. Klindt. Signed by Magistrate Judge James R. Klindt on 1/29/2019. (MDC)** (Entered: 01/30/2019) |
| 01/30/2019 | 7 | MINUTE Entry for proceedings held before Magistrate Judge James R. Klindt: Detention/Identity Hearing as to John Grayling McLain, Jr held on 1/30/2019. (DIGITAL) (MDC) (Entered: 01/31/2019) |
| 01/30/2019 | 8 | WAIVER of Rule 5(c)(3) Hearing by John Grayling McLain, Jr. (Filed in Open Court) (MDC) (Entered: 01/31/2019) |
| 01/31/2019 | 9 | **ORDER regarding Identity as to John Grayling McLain, Jr. Signed by Magistrate Judge James R. Klindt on 1/30/2019. (MDC)** (Entered: 01/31/2019) |
| 01/31/2019 | 10 | **COMMITMENT TO ANOTHER DISTRICT as to John Grayling McLain, Jr. Defendant committed to the District of Columbia. Signed by Magistrate Judge James R. Klindt on 1/30/2019. (MDC)** (Entered: |

| | | |
|---|---|---|
| | | 01/31/2019) |
| 01/31/2019 | 11 | TRANSFER Rule(5)(c)(3) to District of Columbia as to John Grayling McLain, Jr (MDC) (Entered: 01/31/2019) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION



**UNITED STATES OF AMERICA**

-vs-

**JOHN GRAYLING MCLAIN, JR.**

Case No. 3:19-mj-1043-JRK

Defense Atty.: Mitchell A. Stone, Esquire
AUSA: D. Rodney Brown, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 1/30/2019<br>3:41 p.m. - 3:49 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |
| INTERPRETER | None Present | PRETRIAL/PROBATION | James Haskett |

## CLERK'S MINUTES

**PROCEEDINGS:**     DETENTION / IDENTITY HEARING

Defense counsel advised the Court that Defendant desires to waive his right to an identity hearing and a detention hearing, reserving his right to have his detention and preliminary hearings in the charging district.

Defendant placed under oath and questioned regarding waiving such rights.

The Court finds that Defendant knowingly, intentionally, voluntarily, and freely waived his right to an identity hearing and detention hearing in this district.

Defendant is detained and shall be transported to the District of Columbia

**Order of Commitment to enter.**

**FILED IN OPEN COURT:**
     WAIVER OF RULE 5(c)(3) HEARINGS



I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED IN OPEN COURT

1/30/2019

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA
v.

JOHN GRAYLING MCLAIN, JR.

Case No.: 3:19-mj-1043-JRK

## WAIVER OF RULE 5(c)(3) HEARINGS

I, JOHN GRAYLING MCLAIN, JR., understand that charges are pending in the District of Columbia alleging violation of 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2251(d) and that I have been arrested in this district and taken before a United States magistrate judge, who informed me of the charge and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the Indictment;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

☐   identity hearing

☐   preliminary hearing

☐   Identity hearing and have been informed I have no right to a preliminary hearing

☒   Identity hearing and reserve my right to have the detention hearing held in the prosecuting district

☒   identity hearing but request a preliminary hearing to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

RECEIVED
Mail Room

FEB -6 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

_____
JOHN GRAYLING MCLAIN, JR.

_____
Counsel for the Defendant

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
January 22, 2019
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK


COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-  Case No. 3:19-mj-1043-JRK

**JOHN GRAYLING MCLAIN, JR.**

## ORDER

On January 30, 2019, Defendant, with his retained counsel, Mitchell A. Stone, appeared before this Court and executed a Waiver of Rule 5(c)(3) Hearings. The Court made inquiry of Defendant, under oath, and based thereon, finds that Defendant knowingly, intentionally, voluntarily, and freely waived his right to an identity hearing. Based upon the Defendant's waiver, the Court finds that the person before it is the **JOHN GRAYLING MCLAIN, JR.** named in the Complaint filed in the District of Columbia.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of January, 2019.

James R. Klindt
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Brown)
Mitchell A. Stone, Esquire
U.S. Marshals Service
U.S. Pretrial Services


RECEIVED
Mail Room
FEB -6 2019
Angela D. Caesar, Clerk of Court
U.S District Court District of Columbia

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Megann Chaddock
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION


COPY

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| JOHN GRAYLING MCLAIN, JR. | CASE NO. 3:19-MJ-1043-JRK |

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Complaint | 18 U.S.C. § 2252(a)(2); 18 U.S.C. § 2251(d) | District of Columbia |
|  |  | Case No. 1:19-mj-17 |

**Description:** Receipt and Distribution of Child Pornography; Sexual Exploitation of Children

## PROCEEDINGS

| | |
|---|---|
| **BOND STATUS:** | Defendant waived identity hearing and reserved his right to have detention and preliminary hearings held in the charging district. |
| **COUNSEL:** | Mitchell A. Stone, retained |
| **INTERPRETER:** | No interpreter necessary |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **JOHN GRAYLING MCLAIN, JR.** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 30, 2019

JAMES R. KLINDT
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

RECEIVED
Mail Room
FEB - 6 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

AO 94 (Rev. 8/97) Commitment to Another District