UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CRIMINAL NO.: |
|---|---|
| v. | |
| JOHN MCLAIN, Defendant | VIOLATION: 18 U.S.C. § 2251(a) (Production of Child Pornography) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about between April 2017 and January 2019, in the District of Columbia and elsewhere, the defendant, JOHN MCLAIN, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce or knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means; and the visual depiction was transported using any means and facility of interstate and foreign commerce, or the visual depiction was transported in and affecting interstate and foreign commerce.

**(Production of Child Pornography,** in violation of Title 18, United States Code, Section 2251(a))

                                      Respectfully submitted,

                                      JESSIE K. LIU
                                      UNITED STATES ATTORNEY
                                      D.C. Bar Number 472845

By:    */s/ Andrea Hertzfeld*         
                                      Andrea Hertzfeld
                                      Assistant United States Attorney
                                      DC Bar Number 494059
                                      555 Fourth Street, N.W., Room 4832
                                      Washington, D.C.  20530
                                      Telephone: (202) 252-7808
                                      Email: Andrea.Hertzfeld@usdoj.gov