**FILED**

AUG 2 8 2019

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO.  19-CR-275 (TNM)** |
| : | |
| v. : | |
| : | |
| **JOHN McLAIN,** : | |
| **Defendant.** : | |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, John McLain, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Advertising of Child Pornography, in violation of Title 18 U.S.C. § 2251(d)(1)(A).

**Statement of Facts**

Leading up to Thursday, November 29, 2018, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC entered a public KIK group titled with a group display name of "Fun w lil ones."[1]

Upon entering that group, the defendant was acting as the chat moderator using the screen name "jennb4195." The defendant wrote, "hey thanks for joining my group, if you wanna stay

---

[1] "KIK" refers to KIK messenger, a free mobile application that permits users to send text messages and other content, including videos and images. KIK also allows members to create groups that allow users to communicate as a group and send pictures and videos.

1

send me a live pic."[2] The UC responded by sending the defendant a "live" image of himself from the chin down to his stomach with the message, "Need to know group is legit." The defendant responded, "Thanks, do you have kids? And yes we are." The defendant attached a Mega[3] link to the message. Upon opening the link, the UC observed a folder titled, "cp 03."[4] The folder contained over 70 videos of child pornography. Twenty-two of the videos depicted minor victims previously identified by law enforcement.

> The following is a portion of the initial KIK exchange between the defendant and UC:
>
> Defendant: Thanks, do you have kids? And yes we are [Mega link redacted]
>
> UC: Cool yes niece is 3 daughter 8
>
> Defendant: Cool ☺ are you with them now
>
> UC: I'll sneak u a live one but her mother here do u know how that goes
>
> Defendant: Kk
>
> UC: How many fingers u want me to hold up
>
> UC: I'm 33 btw
>
> UC: Us
>
> UC: U
>
> Defendant: I'm 22 and u don't have to hold up fingers unless ur putting them in her pussy

The defendant went on to ask the UC the following, "Do u play with her? I hope so," and the UC responded that he did. The UC asked the defendant if any of the members of the group were "real," meaning that they had actual access to a child to sexually abuse. The defendant stated

---

[2] All text abbreviations and typographical errors included in quoted text language are original.
[3] "Mega" refers to a cloud-based storage account application that allows users to store content, including videos and images, and to share the contents of the account with other users via a link that can be shared.
[4] Based on training and experience, the UC understood the term "cp" to refer to child pornography.

2

a particular KIK user (hereinafter "Identified Subject 2")[5] was real and had boys and girls the defendant believed were under 6 years old. The defendant further stated Identified Subject 2 showed the defendant his children "live," indicating he does have actual access to the child. The following is a portion of the KIK exchange between the defendant and UC:

>Defendant: What all do u do with ur daughter and niece?
>
>UC: Play with daughter in sleep oral with 3 yo and she jerks it
>
>Defendant: That's good ☺
>
>Defendant: Do u cum on ur daughter
>
>UC: Yes
>
>Defendant: I love it when dads do that lol it's so funny whenever it hits their face and they look rlly surprised
>
>UC: Yes !
>
>UC: What group u find me in
>
>Defendant: Ur in my group
>
>Defendant: Fun w lil ones

The defendant screened individuals who entered the "#daughfun" group chat, which had a display name "fun w lil ones," and the defendant threatened to remove any participants who did not comply with the instruction to supply a live image. The defendant stated, "Ted you need to answer my PM to stay in" and "If you don't answer my PM you're going to get kicked out." The defendant then stated, "If I've verified u I'm gonna put u in a private group so you can share without other people in it," and "We have a private group for dads who play with their kids, if you

---

[5] The identity of this Identified Subject 2 is known to law enforcement but is redacted herein to protect the integrity of an ongoing investigation.

want to verify with me to join that and trade live with other dads PM me." The defendant also stated, "For parents who play with their kids only, send me a live with ur kids to join." The defendant further stated, "Send me vids if you have them, I'll share them with the group so we call all see." The defendant then posted several videos to the chat room depicting adult men engaging in vaginal intercourse with prepubescent girls.

On November 29, 2018, at approximately 8:04 p.m. EST, the defendant added the UC to another KIK group chat. The following is a portion of the KIK exchange in the group chat:

Defendant: Hey dads ☺ u all sent live pics proving ur a dad who likes to play with ur kids so feel free to share here

Defendant: Trying to get more guys to add btw

Unidentified Subject 1: Nice

Defendant: [posted to the group an video depicting an erect penis touching the exposed vagina of a prepubescent female child]

Unidentified Subject 1: Live swap?

Unidentified Subject 1: Anyone

Unidentified Subject 1: Live swap here

Unidentified Subject 1: Anyone

Defendant: Everyone's away at the moment give it some time

On November 30, 2018 at approximately 12:37 p.m. EST, the defendant and the UC continued to communicate in a private KIK chat. The following is a portion of the KIK exchange between the defendant and UC:

UC: I hit up [Unidentified Subject 1] he claims to be real

UC: Is he?

Defendant: Yes

Defendant: [sent a thumbnail file to the UC depicting a nude prepubescent girl in the bath tub; the girl's body was visible from the shoulders up]

Defendant: That's a live he sent me

UC: Ok cool I haven't heard from him

As a result of his participation in the group moderated by the defendant, the UC was able to meet several other users who had sexual access to children. Two of these users sent the UC images of child pornography depicting their own minor children. Investigation by the FBI led to the identification of these individuals, both of who resided outside of the United States, for criminal prosecution.

On January 29, 2019, the defendant was arrested and his residence in Florida was searched pursuant to a warrant. Several electronic devices were seized, to include a white Apple iPhone, Model MQ6M2LL/A, S/N: CTDY86D4JC64 belonging to the defendant. The defendant was advised of his Miranda rights after arrest, which he waived. He was interviewed by the FBI and admitted to using the KIK user name "jennb4195" and he admitted to obtaining and trading child pornography on KIK. The defendant also admitting to using Instagram to obtain child pornography. The defendant's account name for Instagram was also "jennb4195," and he admitted to obtaining child pornography directly from users on Instagram. The defendant acknowledged he had a Snapchat account "bejennjen" as well, and that he used the white Apple iPhone seized as his primary phone.

A forensic search of the defendant's white Apple iPhone revealed several saved images depicting nude boys who appear to be adolescent. Below are a few examples of the images found on the phone:

5

1. Image 1 depicted an Instagram user with a hand grabbing an erect penis, and a caption that stated "That what you wanted to see".
2. Image 2 depicted an Instagram user who appeared to be a nude adolescent male standing in front of a mirror with his penis exposed.
3. Image 3 depicted a male Instagram user who was nude with an erect penis. The focal point of the image was on the penis.
4. Image 4 depicted a male Instagram user holding his erect penis. The focal point of the image was on the penis.

A search of Instagram for the user name associated with image 1 revealed a profile indicating that the user was a high school student at a named high school [high school name redacted herein] who was a member of the class of 2020. A search of Instagram for the user name associated with image 2 revealed a profile indicating the user is a student the same high school as the first user, and a member of the class of 2021. A search of Instagram for the user name associated with image 3 revealed a profile stating that the user is a 16-year-old male. A search of Instagram for the user name associated with image 4 revealed a profile indicating that the user turned 17 years old in January 2019.

A forensic search of the white Apple iPhone revealed two screenshot images related to Instagram user kingkris0072608. The two images appeared to have been exchanged between "kingkris0072608" and the defendant using Instagram profile "jennb4195." The first image depicted an adult hand pulling down the underwear of a prepubescent male to expose his penis. The second image depicted the same underwear pulled away from the exposed penis of a prepubescent male, and "Reply to kingkis0072608" was written at the top of the screenshot.

Kingkris0072608 was identified by the FBI a producer of child pornography, and he was arrested by the FBI in Florida for his involvement in child exploitation activity.

The FBI obtained a search warrant for the defendant's Instagram account. Between April 2017 and January 2019, the defendant communicated with minors using his Instagram account "Jennb4195." Approximately 20 of the accounts with whom the defendant communicated have been identified by the FBI as belonging to children under the age of 18. A total of 12 children and/or their parents have been interviewed by the FBI because the minor sent the defendant a nude image, and each verified the nude image(s) sent depicted the minor associated with the Instagram account with whom defendant communicated. In all of the communications soliciting such images, the defendant pretended to be a young female who was sexually interested in boys. In several of the communications, the defendant demanded the minors send nude images and/or videos, and the defendant directed the minors on how the images/videos should be taken. In several of the communications, the defendant asked how old the minors were, and they provided their age as under 18 years older.

For example, between November 27, 2018 and January 17, 2019 in one chat with an underage child, the defendant demanded the minor take nude photos of himself and his younger brother. The defendant stated, "I want u to keep ur word and do what I've been waiting for the last two nights now…Ik u don't want to do it but tbh u said u would and what makes me the most mad about it is that it doesn't seem like that means anything to u and doesn't matter." The minor stated, "I'll try to do it" and "I'll do anything I can do." The defendant stated, "Are your bros asleep?" and the minor responded, "The one I'm talking about my 13 year old brother is awake." The defendant asked, "Ok r ur other younger bros asleep rn," and the boy responded, "No." The defendant asked, "Well is there anything u can do then? What about the 6 year old one, could you

7

get him to get naked again like he was the other day?" The boy responded, "No not really he won't get naked." The defendant then stated, "Idc which one u do it with but pick one of ur bros, and convince him to take pics with u. Show them my pics and tell them that if they won't do it for a girl that means they r gay and you'll tell everyone they r gay." The child responded, "Ok." The defendant later said, "Ok but for now I want u to get one of ur bros and do what I just said, show him my pics and get him to take pics with u for ne" and "me." The child stated, "There 6…"to which the defendant responded, "It doesn't matter to me babe…Ik u think it's weird but if u just do it you'll realize it's just dicks and it doesn't mean anything…especially Bc ur doing it for a girl…it's not like you're gonna do it and then all of a sudden you're gonna turn gay and like dick or something it's just one night and it's just fun." The boy agreed, and the defendant later stated, "Fine. I'll wait but you better show me his dick soft, and then make it hard, and I want to see yours next to his" and "Send those 3 pics and we'll be good." The minor agreed and later stated, "Sent it in kik." The following images were located in the defendant's Instagram, all of which were sent from the minor: (1) an image depicting two penises next to each other; and (2) two images depicting the hand of the child grabbing the penis of his younger brother. The minor sent several other images depicting his penis in a subsequent Instagram communication with the defendant.

Between August 26, 2018 and January 18, 2019 in another conversation with a different child, the defendant demanded the child send several videos and/or images depicting various items. In the chat, the minor told the defendant that he was 17 years old. The defendant stated, "Good get ur dick out so I can suck it babe." He also stated, "Send a pic of ur whole dick and ur balls without ur hand on them;" "Stuff ur soft dick and balls in my mouth;" "Take a full body pic ur body is hot af;" and "Fuck I love when ur dick gets hard" to the minor. The defendant then stated, "Take one from like down below ur dick looking up at ur face and then slap the camera with ur

8

dick." The minor did send a video that described exactly what the defendant requested in the video. The video depicted the nude minor, and the camera was angled up at him. The minor then slapped his penis against the camera several times before the video ended. The minor also sent several images depicting his nude penis as the focal point of the picture. Earlier in the conversation, the defendant attempted to convince the minor to expose his penis to a younger girl while out in public. The minor refused to do so because the girl was too young and he would get into trouble. The defendant still attempted to convince the minor to masturbate in the presence of the girl, but it is unclear whether he was successful in this attempt. The defendant stated, "Ok, can u at least just do one more of u jerking with them in the background." No video or images were recovered from this time period of the second conversation with the minor.

Between November 10 and November 14, 2018 in another conversation with a different minor, the defendant first asked the minor for a shirtless picture, and eventually, the minor sent a picture of his torso without a shirt. The defendant then asked for a nude picture, and the minor sends a picture depicting his penis. The defendant then stated, "Tbh u have a nice dick how old r u again? Idc be honest." The minor responded, "13." The defendant then asked, "Yeah take a pic of ur full dick and balls but not blurry pic like the ones u sent last." The minor then send an image depicting his penis and scrotum. The defendant then asked for a full body picture, and the minor sent the defendant an image depicting his abdomen and penis. The defendant responded, "Fully body means full body. Not stomach and dick." The minor sent another picture depicting his stomach and penis. The defendant then stated, "Ur body starts at ur head." The minor sent another picture depicting mostly his abdomen and a portion of his penis. The defendant responded, "No u aren't sending full body pics." The minor responded, "I can't my bathroom is too small" and "So

9

yeah I tried reall I promise." The defendant stated, "No u just don't wanna show ur face…if u wanna keep trading get over it and take a full body pic."

Also forensically extracted from the defendant's phone was a video depicting a screen capture of a live video stream session on the application Periscope. The user name displayed for the defendant was "@jennb4199." The video depicted the live video stream through Periscope, which included the video of the live stream and the chat feature included in the application. The live steam depicted a minor who appeared to be approximately 12 years old in a bathroom sitting on the toilet with his pants down. The defendant typed instructions for the boy to perform, and the boy performed the actions. The video began with the defendant typing, "Show me and I'll tell you." The boy used his hand to masturbate his penis. The defendant then typed, "It's big for ur age tbh." The boy stood up and continued to masturbate. The boy readjusted the device and placed it to his ear as if he was listening or speaking into the device. The defendant then typed, "Yes." The boy began to masturbate again, then placed the device to his head again. The boy continued to masturbate again, and then he placed the device to his head again. The defendant then typed, "Ya open it." The boy put the device down again, spread his butt cheeks apart, and exposed his anus to the camera. The boy picked up the device, placed it to his head again, and when he set it down he continued to masturbate until the conclusion of the video. The video did not contain any audio.

JESSIE K. LIU
UNITED STATES ATTORNEY

Andrea Hertzfeld
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/28/19

John McLain
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/28/19

Stuart Sears, Esq.
Lisa Manning, Esq.
Attorneys for Defendant

11