Judge McFadden—

My name is John Grayling McLain Jr. and I write to you from cell 67, housing unit southwest three, in the central detention facility of the DC jail. Personally and spiritually, I write to you from just about the lowest point I've experienced in my life thus far. Each day I wake up to the same monotonous life of incarceration which consists of many painful hours reflecting on my mistakes and longing for the life I used to lead, especially the friends and family which made up most of it. Not many minutes go by in which I am not filled with deep regret or shame for my actions which led me here.

As you know, I stand before you to receive your judgment because I committed crimes which harmed young people in particular both by encouraging them to engage in inappropriate behavior as well as participating in the exchange of media depicting the same kind of conduct, although not depicting those minors with whom I interacted. I understand that what I did was harmful, reprehensible, unacceptable, and morally bankrupt — to say the least of it. I also understand that part of being a responsible adult means accepting the consequence of which severity in this case is undoubtedly warranted. I hope that you also recognize my understanding of my actions and desire to correct them through my conduct starting from the moment of my arrest when I have made every effort possible to cooperate with law enforcement and

not to shy away from owning up to my misdeeds. Although there have been moments where admitting what I'd done and the extent of those actions felt humiliating and instinct told me just to stay quiet, I knew that the right thing to do was to give any information requested and hope that it might help to cosmically right even just a small fraction of what I've done wrong.

Aside from the deep sorrow I feel from missing the people I held dearly to my heart, the hardest part of this experience thus far has been coming to terms with what I've done. In the moments I was committing the acts I knew that what I was doing was wrong, but once I had a chance to reflect on them from a place of sobriety and really come to understand the full impact I've made and the ways I've affected so many people it has been nothing short of overwhelming. I've never wanted to hurt people, in fact I've actually made several efforts to help others through volunteering and civic engagement in recent years so to look back at my misconduct in retrospect is almost like looking at the actions of someone I don't feel is even myself sometimes.

Each night I pray to God and, among other things, one of those prayers is that "the negative impact on anyone affected by my actions is the least possible." I know that the impact of my actions are felt by a very many people. I wish and hope they all know

how very sorry I am for that. To name a few, this list includes the children/minors I took advantage of, the children/minors in the media I participated in exchanging with others, their families, the FBI agents who had to sift through my worst deeds, AUSA Hertzfeld, detective Palchek, my family and friends, and anyone else who may have been directly or indirectly affected by or even just aware of what I did. These acts are not representative of me or my character and to those who knew me I know that this has come as a great shock and disappointment.

    In the midst of this situation I got myself into, I do recognize some positive outcomes although reminding myself of that sometimes requires great effort. I'm glad that I was intercepted by law enforcement and stopped from continuing my actions for one. It has provided me the opportunity to finally put an end to my behavior of harming young people and participating/perpetuating a culture of child sexual abuse. It has given me a chance to close that dark and very shameful chapter of my life and start trying to change for the better. Many of the people I've encountered through the last 9+ months spent in 3 different jails harbor feelings of resentment and anger toward the people responsible for their arrest but I feel the opposite. I feel that I owe any chance my soul has at salvation to the detective who identified me online and the law enforcement officers

who arrested me at the end of January. Another blessing I've received through this has been the chance to grow closer to my mother and sister, emotionally and spiritually, than I imagined possible. Their unconditional love and support is often much more than I feel I deserve. I have also reconnected with my father who hadn't been a part of my life almost at all for the last 10 years and I am also grateful for the support he has shown me too. I also have several extended family members who have reminded me that even if I often feel like my life has been reduced to my worst actions, I still possess other redeeming qualities and value as a person.

    Although I know my actions have likely made a lasting, if not permanent, impression on those affected, I will still hope and pray every day that it will be overcome and put behind them where I'm sure we would all agree it belongs. The last thing I would want is to prolong this experience for anybody involved, but if I had the chance to say something to the children/minors and their families, it would be that I am truly and deeply sorry. I had no right whatsoever to do what I did. I regret any pain, confusion, anger, hurt, or grief that may have made your adolescence or lives more difficult. I know I had my own troubles trying to navigate my youth so I'm very sorry if I added to yours. If there were anything that would undo or fix what I did I would

do so without any hesitation. What I did to you was totally wrong and I wasn't thinking of anyone or anything but my own selfish gratification and you didn't/don't deserve that.

I assure you that even if I could go home today I would never do anything like this and risk hurting more people again. I plan on using my time in prison taking advantage of any resources available to me that may help to make things right and reinforce my commitment to never going back to the person I was who did such terrible things. I also plan on using the time to achieve my Bachelor's degree, and continuing to reflect on ways I could heal instead of harm, and give back to a world that has been pretty good to me overall. I will be thinking of the ways in which I can show my family, particularly my mother, how much I appreciate and love them as well. I am going to keep honoring and exploring the faith I've found through this experience and continue to pray every day.

Thank you, both for your public service as a federal judge as well as your time and consideration in my case.

Humbly,

John Grayling McLain Jr.